IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS LEWIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:15-CV-112-WKW |
| ) | |
| HUGH MCCALL, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 5, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 26.)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 26) is ADOPTED; and

2. The Motion to Dismiss filed by Defendants Hugh McCall, Sergeant McWaters, Lieutenant Suzanne Capps, Captain Ron Short, and Major Kerry Chapman (Doc. # 8) is GRANTED in part and DENIED in part.  The Motion is GRANTED with respect to Plaintiffs' § 1983 claims for damages against Defendants in their official capacities.  The Motion is DENIED in all other respects.

DONE this 3rd day of March, 2016.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE